UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY T. WILLIAMS,
        Petitioner,

vs.                                          Case No.: 5:23cv110-TKW-MAF

STATE OF FLORIDA,
        Respondent.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be transferred to the Southern District of Florida under 28 U.S.C. §1404(a) because Petitioner is challenging the validity of his state conviction in a Broward County case rather than anything specific to his current confinement at Graceville Correctional Institution.  Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is transferred to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, for all further proceedings.

3.      The Clerk shall close the file in this Court.

**DONE and ORDERED** this 26th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**